**2010-0262.  James v. State.**
Hamilton App. No. C–090129. Discretionary appeal accepted on Proposition of Law Nos. I–IV and VI–VII; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., would not accept the appeal on Proposition of Law Nos. VI and VII.

Motion for stay of jurisdictional question denied as moot.